UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FRANK HIGGINS
  PETITIONER,

  v.

UNITED STATES OF AMERICA
  RESPONDENT,

Case No. 07-20005-001

Honorable Judge: Michael McCuskey

FILED
OCT 31 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Motion For Modification Or Reduction Of Sentence Pursuant To 18U.S.C. Section 3582(c)(2) Drugs Minus Two (Guideline Amendment No. 3)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. Section 3582(c)(2) and Amendment No. 3 to the UNITED STATES Sentencing Guidelines, which made a reduction in the base offense level for all drugs offenses retroactive as of November 1, 2014, and in support of my states as follows:

1. I am serving a term of imprisonment of 150 months.
2. I was sentenced in the Central District of Illinois on June 19, 2007, to a term of 150 months in prison. My total offense level was 31 and my criminal history category was III.
3. My projected release date is October 6, 2017.
4. I also have 8 years supervised release.

      Certificate Of Service

I, Frank Higgins hereby swear that on November 1, 2014, I placed in the Fedral Prison UNITED STATES POSTAL SERVICE MAILBOX. The foregoing document: Motion For Modification Or Reduction Of Sentence Pursuant To 18 U.S.C. Section 3582(c)(2) Drugs Minus Two Amendment. For the filing at: U.S. District Court For The Central District Of Illinois Clerk Office. See Houston v. Lack, 487 U.S. 266 (1989),

      Respectfully Submitted By

      *Frank Higgins*