AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

FILED
JAN 14 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
v.
FRANK J. HIGGINS

Case No:  07-20005-001
USM No:  14718-026

Date of Original Judgment:  06/19/2007
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

George Tasseff
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  120 months as to Counts 1 & 3 to run concurrent.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/19/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  01/12/2015

Effective Date:  11/1/2015
*(if different from order date)*

s/James E. Shadid

*Judge's signature*

James E. Shadid, Chief U.S. District Judge
*Printed name and title*